AMELIA R. LOWTHER et al., Respondents, *v.* SAMUEL V. ABEL et al., Defendants, and SYLVAN L. COOK, Appellant.

*Lowther* v. *Cook*, 108 App. Div. 365, appeal dismissed.
(Submitted February 5, 1906; decided February 13, 1906.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1905, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the decision of the Appellate Division was unanimous, and that, therefore, no question is presented that the Court of Appeals has jurisdiction to review.

*W. H. Van Benschoten* for motion.

*Franklin Bien* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.